■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DEVIN GRIFFIN, Also Known as DEVIN D. GRIFFIN, SR., Appellant. (Appeal No. 2.) [54 NYS3d 348]—Appeal from a resentence of the Monroe County Court (John L. DeMarco, J.), rendered December 21, 2011. Defendant was resentenced upon his conviction of criminal possession of a weapon in the third degree.

It is hereby ordered that said appeal is unanimously dismissed.

Same memorandum as in *People v Griffin* ([appeal No. 1] 151 AD3d 1824 [2017]). Present—Smith, J.P., Lindley, DeJoseph, NeMoyer and Curran, JJ.